1  GRANT A. CARLSON (SB# 155933)
   E-mail: gcarlson@go4law.com
2  FRIEDMAN, ENRIQUEZ & CARLSON, LLP
   433 North Camden Drive, Suite 965
3  Beverly Hills, CA 90210
   Telephone: (310) 273-0777
4  Facsimile: (310) 273-1115

5  Attorneys for Plaintiffs
   JOHN TOMPKINS, LISA AZAGIDI, and ELENI
6  KONSTANTINOPOULOS

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

11

12 JOHN TOMPKINS, aka JAY              Case No. SACV11-1435 CJC (RNBx)
   TOMPKINS; LISA AZAGIDI; and
13 ELENI KONSTANTINOPOULOS,            **ORDER GRANTING PLAINTIFFS
                                       LEAVE TO FILE SECOND
14        Plaintiffs,                  AMENDED COMPLAINT**

15     vs.

16 MASIMO CORPORATION, a
   Delaware corporation; and DOES 1
17 through 25, inclusive,

18        Defendant.

19
        The stipulation of the parties to allow plaintiffs to file a second
20
   amended complaint having come on before the Court, and good cause appearing
21
   therefore,
22

23
        IT IS HEREBY ORDERED that plaintiffs' second amended complaint
24
   attached to the stipulation shall be deemed filed as of the date this Order is signed.
25

26
        IT IS FURTHER ORDERED that defendant's answer to the first
27
   amended complaint shall be deemed the answer to the second amended complaint.
28
   LEGAL_US_W # 71749770.1

   ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT

1  IT IS FURTHER ORDERED that should the parties' request for
2  preliminary or final approval of the class settlement be denied, the second amended
3  complaint shall be dismissed without prejudice, and the first amended complaint
4  and answer to the first amended complaint shall be the operative pleadings.

**IT IS SO ORDERED**

Dated: 6/11/12

THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE