UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOHN TOMPKINS, aka JAY TOMPKINS; LISA AZAGIDI; and ELENI KONSTANTINOPOULOS,<br><br>Plaintiffs,<br><br>vs.<br><br>MASIMO CORPORATION, a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No. SACV11-1435 CJC (RNBx)<br><br>**ORDER CONTINUING COURT'S JURISDICTION** |

The stipulation of the parties to continue the Court's jurisdiction having come before the Court,

IT IS HEREBY ORDERED that the Court shall retain jurisdiction in this case for the purpose of ruling on the joint motion for preliminary approval of class action settlement, currently scheduled to be heard on July 23, 2012, and if

LEGAL_US_W # 72003486.1

ORDER CONTINUING COURT'S JURISDICTION

1  granted, through the date of the ruling on the motion for final approval of class
2  action settlement.

**IT IS SO ORDERED**

Dated: July 09, 2012

THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

LEGAL_US_W # 72003486.1

-1-

ORDER CONTINUING COURT'S JURISDICTION